UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE: HON. CLAIRE R. KELLY, JUDGE

| | |
|---|---|
| UNITED STATES,<br>         Plaintiff,<br><br>         v.<br><br>MAVERICK MARKETING, LLC,<br>*ET AL.*,<br>         Defendants. | Consol. Court No. 17-00174 |

## STIPULATED JUDGMENT

This action is stipulated for judgment on the following agreed statement of facts in which the parties agree that:

1. Defendant Gateway Import Management LLC (Gateway) is an importer of large cigars.

2. The United States filed a complaint in this Court seeking to recover unpaid Federal Excise Tax from Gateway in *United States v. Gateway Import Mgmt. LLC*, no. 17-00232 (Ct. Int'l Trade), which was consolidated into this action.

3. The United States and all defendants have agreed to resolve this matter amicably, without any party conceding liability.

**WHEREFORE, IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment be entered in favor of the United States against Gateway in the amount of $60,500.00, with the schedule of payments set forth below:

1. Within seven days of entry of this stipulated judgment, Gateway shall deliver to the United States the initial payment of six-thousand dollars ($6,000.00) by electronic transfer or check payable to "United States Department of Justice."

2.      Gateway shall make 12 quarterly payments of $4,541.67 by electronic transfer or Check made payable to "United States Department of Justice" no later than the following dates for each payment: (1) February 1, 2021; (2) April 1, 2021; (3) July 1, 2021; (4) October 1, 2021; (5) January 1, 2022; (6) April 1, 2022; (7) July 1, 2022; (8) October 1, 2022; (9) January 1, 2023; (10) April 1, 2023; (11) July 1, 2023; and (12) October 1, 2023.  If any payment date falls on a weekend or Federal holiday, that payment shall be due on the next business day.

3.      In the event that Gateway fails to pay the complete amount of any payment owed pursuant to this stipulated judgment within thirty (30) days of the due date, it shall be in "Default."  If Gateway fails to cure such Default within a thirty (30) day grace period after receipt of written notice from the United States of any Default, the unpaid balance of the Settlement Amount shall become accelerated and immediately due and payable (the Default Amount).  Interest shall accrue on the Default Amount at the Internal Revenue Code § 6621(a)(2) rates in effect at the time of Default from the date of Default to the date of complete payment of the Default Amount.

4.      Before initiating any action resulting from Default, the United States shall provide Gateway with written notice followed by a 30-day grace period to cure such Default.

**IT IS SO ORDERED.**


Dated: _____                    _____
                                         JUDGE

Respectfully submitted,

RHONDA ANNE ANDERSON
Rhonda A. Anderson, P.A.
2655 LeJeune Road, Suite 540
Coral Gables, FL 33134
Tel.: (306) 567-3004
Email: randersonlaw@gmail.com

For Gateway Import Mgmt., LLC


JEFFRET BOSSERT CLARK
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director


CLAUDIA BURKE
Assistant Director

STEPHEN C. TOSINI
Senior Trial Counsel
Department of Justice
Civil Division
Commercial Litigation Branch
PO Box 480, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 616-5196
Email: stephen.tosini@usdoj.gov

Jan 4, 2021
November ___, 2020

Attorneys for United States

3