UNITED STATES COURT OF INTERNATIONAL TRADE
BEFORE: CLAIRE R. KELLY, JUDGE

|  |  |
|---|---|
| UNITED STATES,<br><br>　　Plaintiff,<br><br>　v.<br><br>GATEWAY IMPORT MANAGEMENT, INC., ET AL.,<br><br>　　Defendant. | Court No. 17-00232 |

### JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the U.S. Court of International Trade, the United States and Hanover Insurance Company (Hanover), acting by and through their undersigned counsel, hereby stipulate and agree that this action has been settled through mediation ordered by this Court (see Report of Mediator, ECF #68 in Consol. Ct. No. 17-00174), and that all claims against Hanover are hereby dismissed with prejudice, with each party to bear its own attorney's fees and costs. Hanover has tendered an unconditional lump sum payment in exchange for full and final release of Hanover as surety pursuant to the terms of the settlement agreement by and between the aforesaid parties which is incorporated herein by reference. This stipulation to dismiss the case is contingent upon and shall not be effective prior to the execution of the attached order of dismissal by the Court.

By: _____        Dated: ___Feb 2___, 2021
JERRY P. WISKIN
Simons & Wiskin
102 South Broadway
South Amboy, NJ 08879
Tel (732) 316-2300
email: jpwiskin@simonswiskin.com

For Hanover Insurance Company

        BRIAN M. BOYNTON
        Acting Assistant Attorney General

        JEANNE E. DAVIDSON
        Director

        /s/ CLAUDIA BURKE
        Assistant Director

        /s/ STEPHEN C. TOSINI
        Senior Trial Counsel
        Department of Justice
        Civil Division
        Commercial Litigation Branch
        PO Box 480
        Ben Franklin Station
        Washington, DC 20044
        Tel.: (202) 616-5196

February 9, 2021        Attorneys for Plaintiff, the United States

# UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: CLAIRE R. KELLY, JUDGE

|  |  |
|---|---|
| UNITED STATES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GATEWAY IMPORT MANAGEMENT, )<br>INC., ET AL., )<br>)<br>Defendant. ) | Court No. 17-00232 |

## ORDER

Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the Court, the complaint of plaintiff, the United States, against defendant, Hanover Insurance company, is hereby dismissed with prejudice.

_____
Judge

Dated: _____
New York, NY